1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11   WILLIAM SAMUELS,                    )        CASE NO. CV 13-6393 AGR
                                         )
12                        Plaintiff,     )
                                         )        JUDGMENT
13           v.                          )
                                         )
14   CAROLYN W. COLVIN, Commissioner     )
     of Social Security,                 )
15                                       )
                          Defendant.     )
16   _____)

17        In accordance with the Memorandum Opinion filed concurrently herewith,

18        IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the

19   Commissioner of Social Security Administration.

20
21
22   DATED: July 3, 2014                   _____
                                                    ALICIA G. ROSENBERG
23                                               United States Magistrate Judge
24
25
26
27
28